NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Patrick J. Somers (SBN 318766)
psomers@kbkfirm.com
Kendall Brill & Kelly LLP
10100 Santa Monica Blvd., Suite 2500
Los Angeles, California 90067
(310) 272-7918
Fax: (310) 556-2705

ATTORNEY(S) FOR: Virtu Financial, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIA BROADBAND, INC. ("AABB"),<br><br>Plaintiff(s),<br><br>v.<br><br>VIRTU FINANCIAL INC., GTS SECURITIES, G1 EXECUTION SERVICES, DOES 1-50, inclusive, and DOE Business Entities 1-50, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:26-cv-00175-FLA-MAAx<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Virtu Financial, Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| See additional sheet | |

02/05/2026
Date

/s/ Patrick J. Somers
Signature

Attorney of record for (or name of party appearing in pro per):

Virtu Financial, Inc.

Andrew G. Gordon (*pro hac vice* pending)
agordon@paulweiss.com
Audra J. Soloway (*pro hac vice* pending)
asoloway@paulweiss.com
Daniel S. Sinnreich (*pro hac vice* pending)
dsinnreich@paulweiss.com
Daniel Negless (*pro hac vice* pending)
dnegless@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
Fax: (212) 757-3990

Patrick J. Somers (SBN 318766)
psomers@kbkfirm.com
Kendall Brill & Kelly LLP
10100 Santa Monica Blvd., Suite 2500
Los Angeles, California 90067
(310) 272-7918
Fax: (310) 556-2705

*Attorneys for Defendant*
*Virtu Financial, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ASIA BROADBAND, INC. ("AABB"),<br><br>Plaintiff,<br><br>v.<br><br>VIRTU FINANCIAL INC., GTS SECURITIES, G1 EXECUTION SERVICES, DOES 1-50, inclusive, and DOE Business Entities 1-50, inclusive,<br><br>Defendants. | Case No. 2:26-cv-00175-FLA-MAAx<br><br>**VIRTU FINANCIAL, INC.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>Courtroom:  6B<br>Honorable Fernando L. Aenlle-Rocha |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Virtu Financial, Inc. identifies the following information: Virtu Financial, Inc. is a publicly-traded corporation whose common stock trades on the NYSE under the

ticker symbol VIRT. According to a public filing, BlackRock, Inc, a publicly-held company, beneficially owned 11.1% of Virtu Financial, Inc.'s stock as of April 30, 2025. To the best of Virtu Financial, Inc.'s knowledge, no other publicly-held company owns more than 10% of Virtu Financial, Inc.'s stock.

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for Virtu Financial, Inc., certifies that Virtu Financial, Inc is unaware of any person or entity, aside from BlackRock, Inc, Virtu Financial, Inc.'s other shareholders, and the other named parties in this action, that may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: February 5, 2026

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Patrick J. Somers*
Andrew G. Gordon (*pro hac vice* pending)
Audra J. Soloway (*pro hac vice* pending)
Daniel S. Sinnreich (*pro hac vice* pending)
Daniel Negless (*pro hac vice* pending)

KENDALL BRILL & KELLY LLP
Patrick J. Somers (SBN 318766)

*Attorneys for Defendant Virtu Financial, Inc.*