**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASIA BROADBAND, INC. | CASE NUMBER: |
| PLAINTIFF(S) | 2:26−cv−00175−FLA−MAA |
| v. | |
| VIRTU FINANCIAL, INC., et al. | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 3/5/2026 | 29 | Application of Non−Resident Attorney to Appear in a Specific Case Pro Hac Vice |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Dated: 3/9/2026

By: _____
United States District Judge

G-112B (07/24)    ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT