Patrick J. Somers (SBN 318766)
KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 2500
Los Angeles, California 90067
psomers@kbkfirm.com
Tel.: (310) 272-7918
Fax: (310) 556-2705

*Attorney for Defendant Virtu Financial, Inc.*

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIA BROADBAND, INC. (AABB), | Case No. 2:26-cv-00175-FLA-MAA |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| vs. | |
| VIRTU FINANCIAL, INC., GTS SECURITIES, G1 EXECUTION SERVICES, DOES 1-50, inclusive, and DOE Business Entities 1-50, inclusive, | Complaint Served: Jan. 28, 2026 (Virtu) Feb. 27, 2026 (GTS) |
| Defendants. | Current Response Date: Mar. 20, 2026 |
| | New Response Date: May 19, 2026 |
| | Courtroom:  6B Honorable Fernando L. Aenlle-Rocha |

WHEREAS, this Stipulation is made and entered into between Plaintiff Asia Broadband, Inc. ("Plaintiff") on the one hand, and Defendants Virtu Financial, Inc. ("Virtu") and GTS Securities ("GTS") on the other hand (together, "Defendants" and collectively with Plaintiff, the "Parties"), by and through their respective counsel;

WHEREAS, Plaintiff filed a complaint (the "Complaint") on January 7, 2026 and served the Complaint on Virtu on January 28, 2026;

WHEREAS, on February 12, 2026, the Court approved a stipulation between Plaintiff and Virtu extending Virtu's time to respond to the Complaint to March 20, 2026 (ECF No. 26), although the stipulation did not set deadlines for the remainder of briefing or for oral argument;

WHEREAS, GTS agreed to accept service of the Complaint on February 27, 2026 and, under the default schedule, it would be required to respond to the Complaint by March 20, 2026;

WHEREAS, Defendants require more time to properly evaluate the allegations and confer with their clients, as well as to coordinate between themselves regarding the filing of an omnibus motion to dismiss under Rule 12 of the Federal Rules of Civil Procedure;

WHEREAS, the Parties have conferred and reached agreement regarding an alternative briefing schedule and a further extension of Defendants' time to respond to the Complaint; and

WHEREAS, this is the second request for an extension of time to respond to the Complaint for Virtu and the first request for GTS;

IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel and subject to the approval of the Court, as follows:

1. Good cause exists to extend Defendants' time to respond to the

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT                    2:26-cv-00175-FLA-MAA

Complaint;

2. On or before May 19, 2026, Defendants shall file and serve their responses to the Complaint;

3. On or before July 20, 2026, Plaintiff shall file and serve its Opposition to any motion to dismiss the Complaint;

4. On or before August 19, 2026, Defendants shall file and serve their reply in support of their motion to dismiss the Complaint;

5. The hearing for any motion to dismiss the Complaint is hereby set for September 4, 2026 at 1:30 p.m. PT; and

6. This Stipulation does not foreclose further application to modify this briefing schedule on good cause shown.

Respectfully submitted,

Dated: March 16, 2026

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT                    2:26-cv-00175-FLA-MAA

By: */s/ Marc Steven Applbaum*
Marc Steven Applbaum (SBN 222511)
MIDWAY LAW FIRM APC
4275 Executive Square, Suite 200
La Jolla, CA 92037
marc@midwaylawfirm.com
Tel: (619) 374-3963

*Attorney for Plaintiff Asia Broadband, Inc.*

By: */s/ Audra J. Soloway*
Andrew G. Gordon (*pro hac vice*)
Audra J. Soloway (*pro hac vice*)
Daniel S. Sinnreich (*pro hac vice*)
Daniel Negless (*pro hac vice*)
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
agordon@paulweiss.com
asoloway@paulweiss.com
dsinnreich@paulweiss.com
dnegless@paulweiss.com
Tel: (212) 373-3000
Fax: (212) 757-3990

Patrick J. Somers (SBN 318766)
KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 2500
Los Angeles, California 90067
psomers@kbkfirm.com
Tel: (310) 272-7918
Fax: (310) 556-2705

*Attorneys for Defendant*
*Virtu Financial, Inc.*

By: */s/ Peter G. Wilson*
Patrick M. Smith (SBN 326644)
Ashley T. Brines (SBN 322988)
KATTEN MUCHIN ROSENMAN LLP
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
patrick.smith@katten.com
ashley.brines@katten.com
Tel: (310) 788-4400
Fax: (310) 788-4471

Peter G. Wilson (*pro hac vice*)
Benjamin Levine (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
peter.wilson@katten.com
benjamin.levine@katten.com
Tel: (312) 902-5200
Fax: (312) 902-1061

*Attorneys for Defendant*
*GTS Securities*

- 4 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

2:26-cv-00175-FLA-MAA

## ATTESTATION UNDER LOCAL RULE 5-4.3.4

Pursuant to Local Rule 5-4.3.4, I attest that authorization in the filing of the foregoing document has been obtained from each of the other signatories.

Dated: March 16, 2026

By: */s/ Audra J. Soloway*
Audra J. Soloway

- 5 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT

2:26-cv-00175-FLA-MAA