Case 2:26-cv-00175-FLA-MAA   Document 12   Filed 01/16/26   Page 2 of 2   Page ID
Case 2:26-cv-00175-FLA-MAA   Document 38   Filed 03/17/26   Page 1 of 1   Page ID
#:319

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-00175

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   G.I Execution Services

was received by me on *(date)*   03/13/26   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☑ I returned the summons unexecuted because   NOT FOUND - NO CONTACT   ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   03/16/26 _____

_____
Server's signature

Jim Joyce, Process Server
_____
Printed name and title

1560 Sherman Ave., Evanston, IL
_____
Server's address

Additional information regarding attempted service, etc: