# Exhibit G

| | |
|---|---|
| **From:** | Marc Applbaum <marc@midwaylawfirm.com> |
| **Sent:** | Tuesday, April 21, 2026 6:10 PM |
| **To:** | Patrick Somers |
| **Cc:** | Robert Edgemont; Gordon, Andrew; Soloway, Audra J; Sinnreich, Daniel S; Jaroslawicz, Jonathan; peter.wilson@katten.com; Levine, Ben; Patrick.Smith@katten.com; Negless, Daniel; Emma Tehrani |
| **Subject:** | Re: Asia Broadband, Inc. v. Virtu Financial, Inc. et al., Case No. 26-cv-175 (C.D. Cal.) |

Counsel,

The underlying information in the tables  - the trades, prices, sizes, timestamps and observed behaviors - is accurate, authentic and traceable to real raw data.  The trade tape and level 2 video have been personally collected.  Our analysts used AI to create the exhibits into a clean table of data for only organizational purposes.  The data is NOT AI generated.

The exhibits were prepared with the assistance of a generative AI model, to organize the raw trade tapes data and Level 2 video recordings into clear, chronological tables and timelines.

The underlying raw data — the trade tapes and Level 2 videos themselves — were personally collected by our analysts from public market sources and are authentic and unaltered. Every trade, price, size, timestamp, and observation in the exhibits is directly traceable to those original sources.

AI was used solely as an organizational and presentation aid. No facts were invented or altered by the AI.

My client maintains proprietary detection software with dedicated modules specifically designed to identify market manipulation patterns, including spoofing, layering, quote stuffing, suppression, and pinning. The patterns identified and documented in the exhibits are within the analytical logic and detection criteria implemented in that independent software. ( it says we double checked for accuracy with our own software code to ensure no organization of data was not misrepresented).

We are looking forward to Virtu's response to the allegations.


Marc Applbaum


On Mon, Apr 20, 2026 at 1:56 PM Patrick Somers <psomers@kbkfirm.com> wrote:

Counsel,


We write on behalf defendant Virtu Financial, Inc.  After we previously met and conferred about our anticipated motion to dismiss, it has come to our attention that there is a high likelihood that all exhibits attached in support of the Complaint were generated by generative-AI.  We do not make the suggestion lightly and have sought to

thoroughly investigate the issue.  Because we are left with the firm belief that the documents are AI generated, we now seek confirmation and clarification from you.

Please confirm by **5pm PT tomorrow, April 21, 2026**, whether the exhibits attached to the complaint were generated by generative-AI.  If your position is that they were not, please provide an explanation as to their origin.

Best,

Patrick



**Patrick J. Somers**
Kendall Brill & Kelly LLP
10100 Santa Monica Blvd., Suite 2500
Los Angeles, California 90067

Tel: (310) 272-7918
Fax: (310) 556-2705
E-mail:  psomers@kbkfirm.com
Web:  www.kbkfirm.com

PLEASE NOTE:  This message, including any attachments, may include privileged, confidential and/or inside information.  Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful.  If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.  Thank you.