**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASIA BROADBAND, Inc. (AABB), <br><br> Plaintiff, <br><br> v. <br><br> VIRTU FINANCIAL, INC., GTS SECURITIES, G1 EXECUTION SERVICES, DOES 1-50, inclusive, and DOE Business Entities 1-50, inclusive, <br><br> Defendants. | Case No. 2:26-cv-00175-FLA-MAA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS VIRTU FINANCIAL, INC. AND G1 EXECUTION SERVICES' MOTION TO DISMISS [DKT. 40]** |

On April 24, 2026, Defendants Virtu Financial Inc. and G1 Execution Services ("Defendants") filed their Motion to Dismiss the Complaint of Asia Broadband, Inc. ("Plaintiff").

The court, having considered Defendants' Motion to Dismiss, other pleadings on file, and the arguments of counsel, and finding good cause therefor, hereby GRANTS the Motion to Dismiss and ORDERS as follows:

1.  Pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted, Plaintiff's claims against Defendants are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____

HON. FERNANDO L. AENLLE-ROCHA
United States District Judge