MARC STEVEN APPLBAM, ESQ. SBN # 222511
MIDWAY LAW FIRM APC
4275 Executive Square Suite 200
La Jolla, CA 92037
marc@midwaylawfirm.com

Attorneys for Plaintiff
ASIA BROADBAND, INC. ("AABB")

# UNITED STATES DISTRICT COURT

## IN THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIA BROADBAND, INC. ("AABB"), <br><br> Plaintiff, <br><br> vs. <br><br> VIRTU FINANCIAL INC. GTS SECURITIES, G1 EXECUTION SERVICES, DOES 1-50, inclusive, and DOE Business Entities 1-50, inclusive, <br><br> Defendants. | Case No: 2:26-cv-00175-FLA-MAA <br><br> VOLUNTARY DISMISSAL OF G1 EXECUTION SERVICES UNDER Rule 41 a(1) |

Plaintiff, **ASIA BROADBAND, INC. ("AABB") p**ursuant to Rule 41 (1)(A) (i) submits its Notice of Dismissal, without prejudice of its Complaint against Defendant G1 Services on the basis that there has been no answer or a motion for summary motion in the above entitled cause number.

DATED:  May 7, 2026          s/s Marc Steven Applbaum

**Marc Steven Applbaum, Esq.**