MARC APPLBAUM, ESQ. SBN# 222511
MIDWAY LAW FIRM APC
4275 Executive Square Suite 200
La Jolla, CA 92037
Telephone: (760) 484-1203
Email: marc@midwaylawfirm.com

Attorneys for PLAINTIFF ASIA BROADBAND, INC.
.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIA BROADBAND, INC. ("AABB") <br><br> PLAINTIFF, <br><br> vs. <br><br> VIRTU FINANCIAL INC. GTS SECURITIES, G1 EXECUTION SERVICES, DOES 1-50, inclusive, and DOE Business Entities 1-50, inclusive <br><br><br> DEFENDANTS. | Case No.  26-cv-00175-FLA-MAA <br><br> VOLUNTARY DISMISSAL OF ITS CASE UNDER Rule 41 (1)(A) <br><br> (Assigned to the Honorable Fernando L. Aenlle-Rocha) |

-1-

Pursuant to Rule 41 (1)(A), FRCP, ASIA BROADBAND, INC. (herein referred to as "PLAINTIFF") respectfully submits its Voluntary Dismissal of its Case, without prejudice on the basis that there has been no answer  or a motion for summary motion in the above entitled cause number.

DATED:  August 11, 2026

s/s Marc Steven Applbaum

**Marc Steven Applbaum, Esq.**

-2-

## CERTIFICATE OF COMPLIANCE

I, Marc Steven Applbaum counsel of record for Asia Broadband certify that this pleading contains  182 words, which complies with the word limit of L.R. 11-6.1.

DATED: September 11, 2026

                                   Respectfully submitted,


                                    By: /s/ Marc Steven Applbaum
                                   Marc Steven Applbaum, Esq.